ANNE S. REINHARDT, TRADING AS REINHARDT ELEC-
TRIC CO., PLAINTIFF-RESPONDENT, v. PASSAIC-
CLIFTON NATIONAL BANK AND TRUST COMPANY,
DEFENDANT-PETITIONER.

See same case below: 16 *N. J. Super.* 430.

*Messrs. Anderson, Rugge & Coleman* and *Mr. Israel Spicer*
for the petitioner.

*Messrs. Levy & Levy* for the respondent.

March 17, 1952. Granted.

JOHN C. TALTY, PLAINTIFF-RESPONDENT, v. BOARD OF
EDUCATION OF THE SCHOOL DISTRICT OF THE
CITY OF HOBOKEN, DEFENDANT-PETITIONER.

See same case below: 16 *N. J. Super.* 396.

*Mr. Thomas J. Brogan* for the petitioner.

*Mr. Joseph P. Hanrahan* and *Mr. Maurice C. Brigadier*
for the respondent.

March 17, 1952. Granted.